IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**STEPHANIE PARKER**                                                                                          **PLAINTIFF**

**VS.**                    **CASE NO. 4:10CV00122 JMM**

**CITIMORTGAGE, INC., ET AL.**                                                  **DEFENDANTS**

**ORDER**

Defendant CitiMortgage, Inc.'s Motions for Admission *Pro Hac Vice* of Rik S. Tozzi and Edward Cotter as counsel are granted (#35 and #36). For good cause, and pursuant to Local Rule 83.5(d) of the Rules of the United States District Court for the Eastern and Western Districts of Arkansas, Rik S. Tozzi and Edward Cotter are hereby permitted to appear before this Court as counsel for defendant CitiMortgage, Inc.

IT IS SO ORDERED this __28__ day of February, 2011.

                                                                   James M. Moody
                                                                   United States District Judge