# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

STEPHANIE PARKER                                                  PLAINTIFF

vs.                      CASE NO. 4:10cv00122 JMM

CITIMORTGAGE, INC, et al                                DEFENDANTS

## ORDER OF DISMISSAL

The Court has been advised that this case has been settled following a settlement conference before Magistrate Judge J. Thomas Ray

IT IS THEREFORE ORDERED that this action is dismissed with prejudice. The jury trial scheduled October 24, 2011, is canceled.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 13th day of April, 2011.

                                                   _James M. Moody_
                                                 UNITED STATES DISTRICT JUDGE